FILED
CLERK, U.S. DISTRICT COURT

JUL 2 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ERIC JORDAN, | No. CV 14-2223 RT (FFM) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| ELVIN VALENZUELA, | |
| Respondent. | |

On May 29, 2014, this Court issued an order granting petitioner's motion for stay. Among other things, that order provided that:

> "within thirty (30) days from the date of this Order petitioner must file a habeas petition with the appropriate state court seeking to exhaust his state remedies with respect to the new claims not raised in the Petition. Petitioner must thereafter immediately notify the Court that the state petition has been filed, including providing the Court a file-stamped copy of the same."

(Order Granting Motion for Stay, filed May 29, 2014, p. 2.)

As of today's date, the Court has not received petitioner's notification and file-stamped copy of petitioner's state petition.

///

///

1  Petitioner is ordered to show cause within twenty (20) days of the date of
2  this order why the stay should not be lifted and the action should not proceed
3  solely on the exhausted claims.
4  IT IS SO ORDERED.

6  DATED: 7-29-14

7  /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
   United States Magistrate Judge