UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ERIC JORDAN, <br> Petitioner, <br> v. <br> ELVIN VALENZUELA, <br> Respondent. | No. CV 14-2223 VAP (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED: January 21, 2016

_____
VIRGINIA A. PHILLIPS
United States District Judge